IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE WEISER LAW FIRM, P.C., et al.,**<br><br>    Plaintiffs,<br><br>    *v.*<br><br>**MICHAEL HARTLEIB,**<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 19-2728-KSM** |

## ORDER

**AND NOW**, this 9th day of October, 2020, upon consideration of Defendant Michael Hartleib's Motion to Dismiss (Doc. No. 9), Plaintiffs The Weiser Law Firm, P.C. and Robert Weiser's response brief (Doc. No. 12), Hartleib's replies (Doc. No. 15, 22), Plaintiffs' sur-reply (Doc. No. 25), the parties' supplemental briefs (Doc. Nos. 32, 33), the parties' oral arguments on the motion, and for the reasons set forth in the Memorandum, it is hereby **ORDERED** that Hartleib's motion is **GRANTED in part** and Plaintiffs' Counts I, V, VI, and VII (vexatious litigant order, negligent misrepresentation, intentional interference with contractual relations, and tortious interference) are **DISMISSED** for lack of personal jurisdiction and Count II (abuse of process) is **DISMISSED** for improper venue. Hartleib's motion is **DENIED** with respect to Counts III and IV (defamation and IIED).

**IT IS FURTHER ORDERED** that in light of the Court's decision, the stay currently in place (Doc. No. 30) is lifted, and a telephone conference to discuss scheduling and other pretrial matters is **SCHEDULED** for **October 29, 2020 at 10:00 a.m**. At least seven (7) days prior to the conference, the parties should submit a joint status report with proposed scheduling deadlines.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.