# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE WEISER LAW FIRM, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **MICHAEL HARTLEIB**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 2:19-cv-2728-KSM** |

## ORDER

**AND NOW**, this 17th day of November 2020, upon consideration of Defendant Michael Hartleib's Motion for Reconsideration (Doc. No. 37), Plaintiffs the Weiser Law Firm, P.C., and Robert Weiser's opposition brief (Doc. No. 39), and Defendant Hartleib's reply (Doc. No. 51), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that Defendant Hartleib's motion is **DENIED**.

**IT IS SO ORDERED**.

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.