# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE WEISER LAW FIRM, P.C., *and* ROBERT B. WEISER, ESQUIRE  **v.**  MICHAEL HARTLEIB | ;;;;;;;; CIVIL ACTION  NO.: 2:19-CV-02728-KSM |

## NOTICE OF APPEAL OF PLAINTIFFS, THE WEISER LAW FIRM, P.C. AND ROBERT B. WEISER, ESQUIRE

TO THE HONORABLE COURT:

**NOTICE IS HEREBY GIVEN** that Plaintiffs, the Weiser Law Firm, P.C. and Robert B. Weiser, Esquire, hereby appeal to the United States Court of Appeals for the Third Circuit from the following in the above-captioned matter: (1) the Order (ECF 36) and Memorandum (ECF 35) entered on October 9, 2020;[1] (2) the Order (ECF No. 151) and Memorandum (ECF No. 150) entered on March 31, 2022;[2] (3) the Order entered on April 12, 2022 (ECF No. 154) clarifying the Court's Order of March 31, 2022;[3] (4) the Order entered on August 26, 2022 (ECF No. 173);[4] and (6) the Order entered on September 8, 2022 (ECF No. 181).[5] This Notice of Appeal is being filed in compliance with 28 U.S.C. §1291 and Federal Rules of Appellate Procedure 3 and 4 the order entered by the Court on April 14, 2023 (ECF No. 222) constitutes a *final order*, rendering those orders entered in this matter prior to entry of the final order reviewable as of right.

*Respectfully submitted*,

**SILVERANG, ROSENZWEIG & HALTZMAN, LLC**

By: /s/ Philip S. Rosenzweig
Philip S. Rosenzweig, Esquire
Attorney Identification No. 62461
prosenzweig@sanddlwayers.com
*Attorneys for Plaintiffs, The Weiser Law Firm, P.C. and Robert B. Weiser, Esquire*

---

[1] The Order at ECF 36 disposed of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2)(ECF No. 9).
[2] The Order at ECF 151 disposed of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)(ECF No. 72).
[3] The Order at ECF 154 clarified the Court's Order at ECF 151.
[4] The Order at ECF 173 disposed of Plaintiffs' Omnibus Motion to Quash Subpoenas to certain medical entities (ECF No. 170).
[5] The Order at ECF 181 clarified the Court's Order at ECF 173.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE WEISER LAW FIRM, P.C., *and* ROBERT B. WEISER, ESQUIRE<br><br>v.<br><br>MICHAEL HARTLEIB | ;<br>;<br>; CIVIL ACTION<br>;<br>; NO.: 2:19-CV-02728-KSM<br>;<br>; |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>May 15, 2023</u>, the foregoing *Notice of Appeal* and this *Certificate of Service* have been served on the following parties via the Court's Electronic Filing System (ECF).

Eamon Merrigan, Esquire
North American Building
121 South Broad Street, Suite 1600
Philadelphia, PA 19107
*Attorney for Defendant*

**SILVERANG, ROSENZWEIG
& HALTZMAN, LLC**

By: <u>/s/ Philip S. Rosenzweig</u>
     Philip S. Rosenzweig, Esquire
     Attorney Identification No. 62461
     prosenzweig@sanddlawyers.com
     *Attorneys for Plaintiffs, The Weiser Law
     Firm, P.C. and Robert B. Weiser, Esquire*