IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE WEISER LAW FIRM, P.C., et al.,**<br><br>   Plaintiffs,<br><br>   *v.*<br><br>**MICHAEL HARTLEIB,**<br><br>   Defendant. | **CIVIL ACTION**<br><br>**NO. 19-2728-KSM** |

**AMENDED ORDER**

   **AND NOW**, this 21st day of January, 2025, a **STATUS CONFERENCE** is scheduled for **Wednesday, January 29, 2025, at 4:00 p.m.** in a Courtroom to be determined at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.[1]

   **IT IS SO ORDERED.**

                                                  */s/ Karen Spencer Marston*
                                                KAREN SPENCER MARSTON, J.

---

[1] Chambers will email both parties the Courtroom number before the hearing.